## TINSLEY v. CITY OF RICHMOND.

No. 315.   Decided October 23, 1961.

*Martin A. Martin, Thurgood Marshall, Jack Greenberg, James M. Nabrit III* and *Charles L. Black, Jr.* for appellant.

*J. E. Drinard* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

## ANDERSON ET AL. v. BALL, COUNTY TREASURER.

No. 326.   Decided October 23, 1961.

*Charles R. Holton* for appellants.
*Guy R. Williams* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.